```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-05338-HWV
Shawn Preis                                                          Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 1                Date Rcvd: Jan 24, 2020
                               Form ID: ntcnfhrg            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
db             +Shawn Preis,    955 South 3rd Street,    Lebanon, PA 17042-6834
5282581        +Barclays Bank,    Attn: Correspondence,    P.O. Box 8801,    Wilmington, DE 19899-8801
5282583        +Chase Card,    Correspondence Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
5291306        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5282588        +Sofi Lending Corp,    Attn: Bankruptcy,    375 Healdsburg Avenue, Suite 280,
                 Healdsburg, CA 95448-4151
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 20:15:01
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5282582        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:14:00      Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
5285207         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 24 2020 20:15:57
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5282584         E-mail/Text: camanagement@mtb.com Jan 24 2020 20:10:44      M&T Bank,    Attn: Bankruptcy,
                 P.O. Box 844,    Buffalo, NY 14240
5282586        +E-mail/Text: bankruptcynotices@psecu.com Jan 24 2020 20:11:36       PSECU,    Attn: Bankruptcy,
                 P.O. Box 67013,    Harrisburg, PA 17106-7013
5290207         E-mail/Text: bankruptcynotices@psecu.com Jan 24 2020 20:11:36       PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
5282585         E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:14:47      PayPal Credit,    P.O. Box 71202,
                 Charlotte, NC 28272-1202
5282745        +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 20:13:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5282587*       +PSECU,    Attn: Bankruptcy,    P.O. Box 67013,    Harrisburg, PA 17106-7013
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              R Scot Feeman    on behalf of Debtor 1 Shawn   Preis rsfeeman@feemanlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Shawn Preis, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–05338–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 4, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 11, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 24, 2020 |

ntcnfhrg (03/18)