Certificate Number: 05781-PAM-DE-034159394

Bankruptcy Case Number: 19-05338


05781-PAM-DE-034159394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2020, at 9:52 o'clock AM PST, Shawn Preis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 29, 2020     By:     /s/Allison M Geving

                            Name:   Allison M Geving

                            Title:  President