# United States Bankruptcy Court
## Middle District of Pennsylvania

In re __Shawn Preis__

Debtor(s)

Case No. __1:19-bk-05338__

Chapter __13__

## CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
### (Altering Funding or Making Technical Amendments)

The undersigned, counsel for the above-captioned Debtor, hereby certifies that the Second Amended Chapter 13 Plan filed on July 6, 2020 proposes to alter the funding of the Chapter 13 Plan to be confirmed on August 26, 2020, but does not affect the treatment of claims of any creditors included in the confirmed plan, including the amounts to be paid, the timing of the payments or the treatment of collateral:

I further certify that the Second Amended Chapter 13 Plan has been served on the Chapter 13 trustee, and because none of the claims provided for in the plan will be affected by the provisions of the Second Amended Chapter 13 plan, no further notice is required.

/s/ R. Scot Feeman

R. Scot Feeman 80052

Counsel for Debtor(s)

Dated: August 24, 2020

[Revised 6/08]