# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Shawn Preis**  
              Debtor(s)

Case No. **1:19-bk-05338**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, a copy of the Debtor's Second Amended Chapter 13 Plan and Notice of Last Day to Object (08/19/2020 and Confirmation Hearing (08/26/2020 at (9:30 a.m.)_ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| Barclays Bank |
| Capital One |
| Chase Card |
| M&T Bank |
| PayPal Credit |
| PSECU |
| PSECU |
| Sofi Lending Corp |

/s/ R. Scot Feeman  
R. Scot Feeman 80052  
Feeman Law Offices  
815 Cumberland Street  
Suite 200  
Lebanon, PA 17042  
717-273-1763 Fax:717-222-5337  
rsfeeman@feemanlaw.com

SHAWN PREIS
955 SOUTH 3RD STREET
LEBANON, PA 17042


R. SCOT FEEMAN
FEEMAN LAW OFFICES
815 CUMBERLAND STREET
SUITE 200
LEBANON, PA 17042

BARCLAYS BANK
ATTN: CORRESPONDENCE
P.O. BOX 8801
WILMINGTON, DE 19899


CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130


CHASE CARD
CORRESPONDENCE DEPARTMENT
P.O. BOX 15298
WILMINGTON, DE 19850


M&T BANK
ATTN: BANKRUPTCY
P.O. BOX 844
BUFFALO, NY 14240


PAYPAL CREDIT
P.O. BOX 71202
CHARLOTTE, NC 28272-1202



PSECU
ATTN: BANKRUPTCY
P.O. BOX 67013
HARRISBURG, PA 17106


PSECU
ATTN: BANKRUPTCY
P.O. BOX 67013
HARRISBURG, PA 17106


SOFI LENDING CORP
ATTN: BANKRUPTCY
375 HEALDSBURG AVENUE, SUITE 280
HEALDSBURG, CA 95448