# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Shawn Preis**  
Debtor(s)

Case No. **1:19-bk-05338**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2020**, a copy of the Debtor's Third Amended Chapter 13 Plan and Notice of Last Day to Object (01/20/2021) and Confirmation Hearing (01/27/2021 at 9:30 a.m.) was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Barclays Bank
Capital One
Chase Card
M&T Bank
PayPal Credit
PSECU
PSECU
Sofi Lending Corp

/s/ R. Scot Feeman  
R. Scot Feeman 80052  
Feeman Law Offices  
815 Cumberland Street  
Suite 200  
Lebanon, PA 17042  
717-273-1763 Fax:717-222-5337  
rsfeeman@feemanlaw.com