# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SHAWN PREIS
             Debtor(s)
          JACK N. ZAHAROPOULOS           CHAPTER 13
          CHAPTER 13 TRUSTEE
             Movant
          vs.                                                       CASE NO: 1-19-05338-HWV
          SHAWN PREIS
             Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on January 26, 2021.

2. A hearing was held and an Order was entered on March 10, 2021 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                      Respectfully submitted,

                                                      s/    James K. Jones, Esq.
                                                      Id:   39031
                                                      Attorney for Trustee
                                                      Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Ste. A, 8125 Adams Drive
                                                      Hummelstown, PA    17036
                                                      Ph.    717-566-6097
                                                      Fax. 717-566-8313
                                                      eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: SHAWN PREIS

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-19-05338-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: June 23, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Jack N. Zaharopoulos, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: info@pamd13trustee.com

Dated: May 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHAWN PREIS

                Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                 CHAPTER 13
                Movant

SHAWN PREIS

                CASE NO: 1-19-05338-HWV

                Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

R SCOT FEEMAN, ESQUIRE                 Served electronically
FEEMAN LAW OFFICES
815 CUMBERLAND ST, SUITE 200
LEBANON, PA 17042-

United States Trustee                 Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SHAWN PREIS                 Served by 1st Class Mail
955 SOUTH 3RD STREET
LEBANON, PA 17042

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 12, 2021                 Respectfully,
                Vickie Williams
                for Jack N. Zaharopoulos, Trustee
                Suite A, 8125 Adams Dr.
                Hummelstown, PA 17036
                Phone: (717) 566-6097
                eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SHAWN PREIS

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| SHAWN PREIS | |
| | CASE NO: 1-19-05338-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.