United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Shawn Preis  
    Debtor

Case No. 19-05338-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 23, 2021      Form ID: ordsmiss      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shawn Preis, 955 South 3rd Street, Lebanon, PA 17042-6834 |
| 5291306 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5303696 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5282588 | + | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 23 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5295868 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jun 23 2021 18:58:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5282581 | + | EDI: TSYS2.COM | Jun 23 2021 22:58:00 | Barclays Bank, Attn: Correspondence, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 5282582 | + | EDI: CAPITALONE.COM | Jun 23 2021 22:58:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5285207 | | EDI: CAPITALONE.COM | Jun 23 2021 22:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5282583 | | EDI: JPMORGANCHASE | Jun 23 2021 22:58:00 | Chase Card, Correspondence Department, P.O. Box 15298, Wilmington, DE 19850 |
| 5282584 | | Email/Text: camanagement@mtb.com | Jun 23 2021 18:58:00 | M&T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| 5303138 | | EDI: PRA.COM | Jun 23 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5290207 | | Email/Text: bankruptcynotices@psecu.com | Jun 23 2021 18:58:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5282586 | + | Email/Text: bankruptcynotices@psecu.com | Jun 23 2021 18:58:00 | PSECU, Attn: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5282585 | | EDI: RMSC.COM | Jun 23 2021 22:58:00 | PayPal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 5282745 | + | EDI: RMSC.COM | Jun 23 2021 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299334 | | EDI: AIS.COM | Jun 23 2021 22:58:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5282587 | *+ | PSECU, Attn: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5302330 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| R Scot Feeman | on behalf of Debtor 1 Shawn Preis rsfeeman@feemanlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Shawn Preis, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:19−bk−05338−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 23, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)